# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-0266-03** |
| v. | : | (Chief Judge Conner) |
| **STEPHAN SMITH**, Defendant | : | |

## ORDER

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and consequences of his plea and that he voluntarily waives his right to trial. The court finds that the plea has a basis in fact. The court accepts defendant's plea of Guilty to Count 2 of the Indictment. IT IS HEREBY ORDERED that the United States Probation Office shall conduct a presentence investigation and prepare a presentence report, with a presentence disclosure date of July 25, 2019, and that the case shall be listed for sentencing promptly upon the court's receipt of the presentence report.

Dated: June 5, 2019

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania